UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, INC.,<br><br>   Plaintiff,<br><br>     v.<br><br>ALBERTO R. GONZALEZ, Attorney General of the United States, *et al.*,<br><br>   Defendants. | Civil Action No. 06-966 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 29th day of June, 2006, hereby

**ORDERED** that [3] Plaintiff's Motion for Preliminary Mandatory Injunctive Relief is DENIED WITHOUT PREJUDICE; it is further

**ORDERED** that the above-captioned action is DISMISSED WITHOUT PREJUDICE, as this Court lacks subject-matter jurisdiction to hear Plaintiff's claims.

**SO ORDERED**.

                                                                                */s/*
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge