**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN DOE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 1:06-CV-00966-CKK |
| ) | |
| ALBERTO R. GONZALES, ) | |
| in his official capacity as ) | |
| Attorney General of the United States, and ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE ) | |
| 950 Pennsylvania Avenue, N.W. ) | |
| Washington, DC 20530, ) | |
| ) | |
| KAREN P. TANDY, in her official ) | |
| capacity as Administrator of the ) | |
| United States Drug Enforcement ) | |
| Administration, and ) | |
| ) | |
| UNITED STATES DRUG ) | |
| ENFORCEMENT ADMINISTRATION ) | |
| 2401 Jefferson Davis Highway ) | |
| Alexandria, VA 22301, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO VACATE THE COURT'S DISMISSAL
ORDER IN ORDER TO TRANSFER THE CASE TO THE COURT OF APPEALS**

Plaintiff, through counsel, here moves the Court to vacate its Order of July 29, 2006

dismissing the case due to lack of subject matter jurisdiction, and instead enter an order

transferring the case to the D.C. Circuit Court of Appeals pursuant to 28 U.S.C. § 1631.

A Memorandum of Points and Authorities in support of this Motion is attached hereto.

WHEREFORE, plaintiff respectfully requests that its Motion be granted.

1

Respectfully submitted,

_____/s/_____
Terence J. Lynam (Bar No. 253872)
Joseph P. Esposito (Bar No. 375507)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4045

Samuel H. Israel
Patrick J. Egan
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 299-2886

Attorneys for Plaintiff

Date: July 5, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>ALBERTO R. GONZALES, <br>in his official capacity as <br>Attorney General of the United States, and <br><br>UNITED STATES DEPARTMENT OF JUSTICE <br>950 Pennsylvania Avenue, N.W. <br>Washington, DC 20530, <br><br>KAREN P. TANDY, in her official <br>capacity as Administrator of the <br>United States Drug Enforcement <br>Administration, and <br><br>UNITED STATES DRUG <br>ENFORCEMENT ADMINISTRATION <br>2401 Jefferson Davis Highway <br>Alexandria, VA 22301, <br><br>    Defendants. | CIVIL ACTION No. 1:06-CV-00966-CKK |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF ITS MOTION TO VACATE THE COURT'S DISMISSAL
ORDER IN ORDER TO TRANSFER THE CASE TO THE COURT OF APPEALS**

The Court issued a Memorandum Opinion on June 29, 2006 finding that it lacked subject matter jurisdiction pursuant to 21 U.S.C. § 877, but that the court of appeals had jurisdiction. The Court then entered an Order dismissing the action without prejudice.

Under 28 U.S.C. § 1631, when a court finds that there is "a want of jurisdiction" the court "shall, if it is in the interest of justice, transfer such action . . . to any other court in which the

action . . . could have been brought at the time it was filed." Id. This Court found that the court of appeals has jurisdiction of this action under 21 U.S.C. § 877. Accordingly, the court of appeals is the court "where the action . . . could have been brought" as described in 28 U.S.C. § 1631. It is in the interest of justice to transfer the case to the court of appeals because that is the most expeditious way for plaintiff to have an opportunity to seek relief from the irreparable harm it has described in its Motion for Mandatory Injunctive Relief. A transfer will eliminate the need to file a new action in the court of appeals.

Because the Court's Order of July 29, 2006 dismissed the case, plaintiff asks the Court to reconsider that portion of the Order, vacate the dismissal and instead enter an Order transferring the case to the D.C. Circuit pursuant to § 1631.

Plaintiff respectfully requests the Court to rule on this Motion before July 12, 2006. If a transfer is not granted, plaintiff must file a new action in the court of appeals within the 30-day period set forth in 21 U.S.C. § 877. This 30-day period expires on July 12, 2006, which is 30 days after the DEA's letter of June 12, 2006 denying plaintiff's import permit application.

Plaintiff's counsel has discussed this Motion with counsel for the defendants and has been advised that the defendants will file a response setting forth their position as soon as defendants' counsel has had an opportunity to discuss the motion with her clients.

For these reasons, plaintiff respectfully requests that its motion be granted and that the case be transferred to the D.C. Circuit Court of Appeals.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Terence J. Lynam (Bar No. 253872)
                                        Joseph P. Esposito (Bar No. 375507)

                        AKIN GUMP STRAUSS HAUER & FELD LLP
                        1333 New Hampshire Avenue, NW
                        Washington, DC 20036
                        (202) 887-4045

                        Samuel H. Israel
                        Patrick J. Egan
                        Fox Rothschild LLP
                        2000 Market Street, 10th Floor
                        Philadelphia, PA 19103
                        (215) 299-2886

                        Attorneys for Plaintiff

Date: July 5, 2006