UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO R. GONZALES, <br> in his official capacity as <br> Attorney General of the United States, and <br><br> UNITED STATES DEPARTMENT <br> OF JUSTICE <br> 950 Pennsylvania Avenue, N.W. <br> Washington, DC 20530, <br><br> KAREN P. TANDY, in her official <br> capacity as Administrator of the <br> United States Drug Enforcement <br> Administration, and <br><br> UNITED STATES DRUG <br> ENFORCEMENT ADMINISTRATION <br> 2401 Jefferson Davis Highway <br> Alexandria, VA  22301, <br><br> Defendants. | CIVIL ACTION NO. 1:06-CV-00966-CKK |

## NOTICE OF APPEAL

Notice is hereby given this 7th day of July, 2006 that plaintiff John Doe, Inc.[1] hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order entered by this Court on June 29, 2006 dismissing the Complaint and Motion for Mandatory

---

[1] The plaintiff company is identified as "John Doe, Inc." pursuant to a redaction order of the Court entered on June 19, 2006.

Injunctive Relief and from the Order entered on July 6, 2006 denying Plaintiff's Motion to Vacate The Court's Dismissal Order In Order To Transfer The Case To The Court Of Appeals.

                              Respectfully submitted,

                              */s/ Terence J. Lynam*
                              Terence J. Lynam (Bar No. 253872)
                              Joseph P. Esposito (Bar No. 375507)
                              AKIN GUMP STRAUSS HAUER & FELD LLP
                              1333 New Hampshire Avenue, NW
                              Washington, DC 20036
                              (202) 887-4045

                              Samuel H. Israel
                              Patrick J. Egan
                              Fox Rothschild LLP
                              2000 Market Street, 10th Floor
                              Philadelphia, PA 19103
                              (215) 299-2886

                              Attorneys for Plaintiff

July 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was sent via E-mail and Regular Mail on this ___7th___ day of July, 2006 to:

Jacqueline E. Coleman
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW – Room 7214
Washington, DC 20530
(202) 514-3418


_____
Terence J. Lynam

```
THANK YOU
    CHECK TENDERED $         $455.00
         455.00
------- ( ) ( ) ( ) --------
         455.00
0065780    FILING FEE  CIVIL
CASE # 06-966
------NO REFUND WITHOUT RECEIPT------
DC   1-2 06CR        Receipt # 124170
07/10/06                  5:34:11 PM
         WASHINGTON D.C.
    U.S. DISTRICT COURT
```