# EXHIBIT A

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| | 03-31-2007 | PAID |
| | BUSINESS ACTIVITY | ISSUE DATE |
| 3N,4 | IMPORTER | 03-15-2006 |

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION. OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

---

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| | 03-31-2007 | PAID |
| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
| 3N,4 | IMPORTER | 03-15-20 |

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (7/05)



# EXHIBIT B

**Review and Evaluation of <u>Protocol</u> for *In Vivo* Pilot Bioequivalence Study of Dronabinol in Healthy Human Volunteers under Fasting Conditions**

# REDACTED

# REDACTED

I find the protocol is well thought out, and it includes measures to protect the safety of subjects. The pilot study based on the protocol will be an excellent source of information on Dronabinol to conduct a pivotal bioequivalence study.

# EXHIBIT C

U.S. Department of Justice / Drug Enforcement Administration

## APPLICATION FOR PERMIT TO IMPORT CONTROLLED SUBSTANCES FOR DOMESTIC AND/OR SCIENTIFIC PURPOSES
PURSUANT TO SECTION 1002, TITLE III, P.L.91-513
*( Read instructions on reverse before completing)*

OMB APPROVAL
No. 1117 - 0013

See reverse for Privacy Act

TO:  **DRUG ENFORCEMENT ADMINISTRATION**
**INTERNATIONAL DRUG UNIT (ODOI)**
**WASHINGTON, D.C. 20537**

DATE
Feb 28, 2006

Application is hereby made pursuant to the provisions of the Controlled Substances Import and Export
Act and the regulations prescribed thereunder for a permit to import as follows:

| 1. NAME OF FOREIGN EXPORTER | 2. ADDRESS OF FOREIGN EXPORTER |
|---|---|
| | |

| 3. FOREIGN PORT OF EXPORTATION | 4. PORT OF ENTRY (U.S. Customs port where shipment will clear) | 5. LATEST DATE SHIPMENT WILL LEAVE FOREIGN PORT |
|---|---|---|
| | NEW YORK/JFK | Mar 16, 2006 |

| 6a. NAME AND QUANTITY OF DRUG PREPARATION TO BE IMPORTED (Enter names as shown on labels; numbers and sizes of packages; strength, CSA Drug Code, and NDC Number) | 6b. CONTROLLED SUBSTANCE CONTENT OF DRUG OR PREPARATION TO BE IMPORTED expressed as acid, base or alkaloid (Enter name of controlled substance contained in the drug; compound, or preparation) | 6c. DATE IMPORTED AND ACTUAL QUANTITY (Completed by registrant at time of import) DEA PERMIT No.: |
|---|---|---|
| Dronabinol 2.5mg Capsules in Sesame Oil 2 Bags X 200 Caps CSA Drug Code: 7369 NDC# 0527-1450-01 | 2 X 200Caps = 400Caps X .0025gm/1 Cap X 1 = 1 gm/base | |
| Dronabinol 5mg Capsules in Sesame Oil 2 Bags X 200 Caps CSA Drug Code: 7369 NDC# 0527-1451-01 | 2 X 200Caps = 400Caps X .0050gm/1 Cap X 1 = 2 gm/base | |
| Dronabinol 10mg Capsules in Sesame Oil 2 Bags X 200 Caps CSA Drug Code: 7369 NDC# 0527-1452-01 | 2 X 200Caps = 400Caps X .010gm/1 Cap x 1 = 4 gm/base Total= 7 gm/base | |

| 7a. ASSIGNED QUOTA FOR THIS YEAR | 7b. TOTAL KG. AUTHORIZED ON PERMITS THIS YEAR | 7c. KG OF 7b. IMPORTED TO DATE | 7d. STOCK ON HAND & DATE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

8. IF SUBSTANCE(S) WILL BE IMPORTED FOR SCIENTIFIC PURPOSES ONLY, PLEASE COMPLETE:

I hereby certify the above controlled substances are imported exclusively for scientific purposes, pursuant to 21 CFR 1312.13(a)(4) (see reverse), as follows:

Internal Analytical Method Development and
Validation

_____
Signature of Certifying Individual

| NAME OF IMPORTER | ADDRESS OF IMPORTER |
|---|---|
| | |

| IMPORTER'S TELEPHONE NO. | DEA REGISTRATION NO. | SIGNATURE AND TITLE OF PERSON MAKING APPLICATION |
|---|---|---|
| | | |

**NOTICE : Controlled Substances may not be imported by mail or parcel post.**

| DEA USE ONLY | APPROVED IMPORT PERMIT NUMBER | DATE IMPORT PERMIT NUMBER ISSUED |
|---|---|---|
| | | |

# EXHIBIT D



**U.S. Department of Justice**
Drug Enforcement Administration

# PERMIT TO IMPORT

The Administrator of the Drug Enforcement Administration, being the official charged with the administration of the laws relating to the importation of the dangerous drugs to which the Controlled Substances Import and Export Act and the several international treaties apply, authorizes and permits the following importation of controlled substances into the United States:

| DATE OF ISSUE | EXPIRATION DATE |
|---|---|
| MARCH 22, 2006 | SEPTEMBER 22, 2006 |

**IMPORTER**

**EXPORTER**

| PORT OF IMPORT | FOREIGN PORT OF EXPORT |
|---|---|
| JAMAICA, NEW YORK | |

Importer is hereby permitted under the provisions of the Controlled Substance Import and Export Act to import items below:

| Item No. | Number and Size of Packages | Name of Substance or Preparation | Controlled Substance Content |
|---|---|---|---|
| 1 | 2 BAGS 200 CAPSULES/BAG 2.5MG/CAPSULE | DRONABINOL (MARINOL) | 1GM DELTA-9-THC BASE |
| 2 | 2 BAGS 200 CAPSULES/BAG 5MG/CAPSULE | DRONABINOL (MARINOL) | 2GM DELTA-9-THC BASE |
| 3 | 2 BAGS 200 CAPSULES/BAG 10MG/CAPSULE | DRONABINOL (MARINOL) | 4GM DELTA-9-THC BASE |
| | | NOTHING FOLLOWS | |

Total Number of Item   THREE

The consignment proposed to be imported is required for legitimate purposes.

NOTES: THE ORIGINAL PERMIT IS REQUIRED TO ACCOMPANY THE SHIPMENT.

**Endorsement by U.S. Customs** This is to certify that the controlled substance merchandise described herein was imported into this port. If (Original) quantity is different than permitted, please indicate in Notes section above.

(Port) _____   (Signature/Title) _____   (Date) _____

For the Administrator:
Stephen M. Via
Acting Chief, ODEI

(Signature)

Address: Drug Enforcement Administration
Import/Export Unit (ODEI)
Washington, DC 20537

DEA Form 35 (1003)

QUINTUPLICATE — FOR THE IMPORTER

# EXHIBIT E

U.S. Department of Justice / Drug Enforcement Administration

# APPLICATION FOR PERMIT TO IMPORT CONTROLLED SUBSTANCES FOR DOMESTIC AND/OR SCIENTIFIC PURPOSES

PURSUANT TO SECTION 1002, TITLE III, P.L. 91-513
( Read Instructions on reverse before completing )

OMB APPROVAL
No. 1117 - 0013

See reverse for Privacy Act

TO:    DRUG ENFORCEMENT ADMINISTRATION
       INTERNATIONAL DRUG UNIT (ODOI)
       WASHINGTON, D.C. 20537

DATE
Apr 18, 2006

Application is hereby made pursuant to the provisions of the Controlled Substances Import and Export Act and the regulations prescribed thereunder for a permit to import as follows:

| 1. NAME OF FOREIGN EXPORTER | 2. ADDRESS OF FOREIGN EXPORTER |
|---|---|
| | |

| 3. FOREIGN PORT OF EXPORTATION | 4. PORT OF ENTRY (U.S. Customs port where shipment will clear)<br>NEW YORK/JFK | 5. LATEST DATE SHIPMENT WILL LEAVE FOREIGN PORT<br>May 8, 2006 |
|---|---|---|

| 6a. NAME AND QUANTITY OF DRUG PREPARATION TO BE IMPORTED (Enter names as shown on labels; numbers and sizes of packages; strength, CSA Drug Code, and NDC Number) | 6b. CONTROLLED SUBSTANCE CONTENT OF DRUG OR PREPARATION TO BE IMPORTED expressed as acid, base or alkaloid (Enter name of controlled substance contained in the drug; compound, or preparation) | 6c. DATE IMPORTED AND ACTUAL QUANTITY (Completed by registrant at time of import)<br><br>DEA PERMIT No.: |
|---|---|---|
| DRONABINOL 2.5MG CAPSULES IN SESAME OIL<br>1 X 175,000 CAPS<br>CSA DRUG CODE: 7369<br>NDC# 0527-1450-01 | 1 X 175,000 CAPS = 175,000 CAPS X .0025GM/1 CAP X 1 = 437.5 GM/BASE | |
| DRONABINOL 5MG CAPSULES IN SESAME OIL<br>1 x 175,000 CAPS<br>CSA DRUG CODE: 7369<br>NDC# 0527-1451-01 | 1 X 175,000 CAPS = 175,000 CAPS X .0050GM/1 CAP X 1 = 875 GM/BASE | |
| DRONABINOL 10MG CAPSULES IN SESAME OIL<br>1 X 175,000 CAPS<br>CSA DRUG CODE: 7369<br>NDC# 0527-1452-01 | 1 X 175,000 CAPS = 175,000 CAPS X .010GM/1 CAP X 1 = 1750 GM/BASE<br><br>TOTAL = 3,062.5 GM/BASE | |

| 7a. ASSIGNED QUOTA FOR THIS YEAR<br>N/A | 7b. TOTAL KG. AUTHORIZED ON PERMITS THIS YEAR<br>N/A | 7c. KG OF 7b. IMPORTED TO DATE<br>N/A | 7d. STOCK ON HAND & DATE<br>N/A |
|---|---|---|---|

8. IF SUBSTANCE(S) WILL BE IMPORTED FOR SCIENTIFIC PURPOSES ONLY, PLEASE COMPLETE:

I hereby certify the above controlled substances are imported exclusively for scientific purposes, pursuant to 21 CFR 1312.13(a)(4) (see reverse), as follows:

BIOSTUDY/SUBMISSION BATCHES FOR ANDA APPROVAL

| NAME OF IMPORTER | Signature of Certifying Individual |
|---|---|
| | ADDRESS OF IMPORTER |
| IMPORTER'S TELEPHONE NO. | DEA REGISTRATION NO. | SIGNATURE AND TITLE OF PERSON MAKING APPLICATION |

**NOTICE : Controlled Substances may not be imported by mail or parcel post.**

| DEA USE ONLY | APPROVED IMPORT PERMIT NUMBER | DATE IMPORT PERMIT NUMBER ISSUED |
|---|---|---|
| | | |

DEA Form