UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO R. GONZALES,<br>in his official capacity as<br>Attorney General of the United States, and<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530,<br><br>KAREN P. TANDY, in her official<br>capacity as Administrator of the<br>United States Drug Enforcement<br>Administration, and<br><br>UNITED STATES DRUG<br>ENFORCEMENT ADMINISTRATION<br>2401 Jefferson Davis Highway<br>Alexandria, VA 22301<br><br>    Defendants. | CIVIL ACTION NO. 1:06-CV-00966-CKK |

## MOTION FOR ADMISSION OF COUNSEL
## PRO HAC VICE

Terence J. Lynam, counsel of record for the plaintiff and a member of the bar of this Court, hereby moves pursuant to LCvR 83.2(d) for the admission pro hac vice of Patrick J. Egan, Esquire, as co-counsel for the plaintiffs. In support of this motion, movant states as follows:

1.    The applicant for admission pro hac vice is:

- 2 -

>Patrick J. Egan
>Fox Rothschild LLP
>2000 Market Street, Tenth Floor
>Philadelphia, Pennsylvania 19103-3291
>Tel: (215) 299-2000

2. Mr. Egan has been admitted to the bar of the following courts: Commonwealth of Pennsylvania (1986), State of New Jersey (1986), Eastern District of Pennsylvania (1988) and Third Circuit Court of Appeals (1989).

3. Mr. Egan certifies that he has not been disciplined by any bar.

4. Mr. Egan has not been admitted pro hac vice in this Court within the last two years.

5. Mr. Egan does not engage in the practice of law from an office in Washington, D.C. He is not admitted to the District of Columbia Bar and does not have an application pending for admission to the bar.

Counsel for the defendants have been advised of this motion, and movant is authorized to state that they consent to entry of an order granting the relief requested.

>Respectfully Submitted,
>
>_____
>Terence J. Lynam (Bar No. 253872)
>Joseph P. Esposito (Bar No. 375507)
>AKIN GUMP STRAUSS HAUER & FELD LLP
>1333 New Hampshire Avenue, NW
>Washington, DC 20036
>(202) 887-4045

## DECLARATION OF PATRICK J. EGAN

  I hereby declare under penalty of perjury that the foregoing statements made in support of my motion for admission pro hac vice are true and correct.

              _____
               Patrick J. Egan
               Fox Rothschild LLP
               2000 Market Street, Tenth Floor
               Philadelphia, Pennsylvania 19103-3291
               (215) 299-2825

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, INC.<br><br>   Plaintiff,<br><br>   v.<br><br>ALBERTO R. GONZALES,<br>in his official capacity as<br>Attorney General of the United States, and<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530,<br><br>KAREN P. TANDY, in her official<br>capacity as Administrator of the<br>United States Drug Enforcement<br>Administration, and<br><br>UNITED STATES DRUG<br>ENFORCEMENT ADMINISTRATION<br>2401 Jefferson Davis Highway<br>Alexandria, VA 22301<br><br>   Defendants. | CIVIL ACTION NO. 1:06-CV-00966-CKK |

## ORDER

Upon consideration of the motion to allow Patrick J. Egan to appear pro hac vice as co-counsel for the plaintiff, and it appearing that the motion should be granted, it is hereby

- 2 -

ORDERED, that Patrick J. Egan be, and he hereby is, admitted to appear in this action pro hac vice.

Dated: _____, 2006    _____
UNITED STATES DISTRICT JUDGE

Copies to: