# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, INC.<br><br>   Plaintiff,<br><br>   v.<br><br>ALBERTO R. GONZALES,<br>in his official capacity as<br>Attorney General of the United States, and<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530,<br><br>KAREN P. TANDY, in her official<br>capacity as Administrator of the<br>United States Drug Enforcement<br>Administration, and<br><br>UNITED STATES DRUG<br>ENFORCEMENT ADMINISTRATION<br>2401 Jefferson Davis Highway<br>Alexandria, VA 22301<br><br>   Defendants. | CIVIL ACTION NO. 1:06-CV-00966-CKK |

## MOTION FOR ADMISSION OF COUNSEL
## PRO HAC VICE

Terence J. Lynam, counsel of record for the plaintiff and a member of the bar of this

Court, hereby moves pursuant to LCvR 83.2(d) for the admission pro hac vice of Samuel H.

Israel, Esquire, as co-counsel for the plaintiffs. In support of this motion, movant states as

follows:

  1.  The applicant for admission pro hac vice is:

Samuel H. Israel
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, Pennsylvania 19103-3291
Tel. (215) 299-2886

2.      Mr. Israel has been admitted to the bar of the following courts: Commonwealth of

Pennsylvania (1989), State of New Jersey (1989), Eastern District of Pennsylvania (1990) and

Third Circuit Court of Appeals (1992).

3.      Mr. Israel certifies that he has not been disciplined by any bar.

4.      Mr. Israel has been admitted pro hac vice in this Court one time within the last

two years.

5.      Mr. Israel does not engage in the practice of law from an office in Washington,

D.C. He is not admitted to the District of Columbia Bar and does not have an application

pending for admission to the bar.

Counsel for the defendants have been advised of this motion, and movant is authorized to

state that they consent to entry of an order granting the relief requested.

Respectfully Submitted,

_____
Terence J. Lynam (Bar No. 253872)
Joseph P. Esposito (Bar No. 375507)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4045

## DECLARATION OF SAMUEL H. ISRAEL

I hereby declare under penalty of perjury that the foregoing statements made in support of my motion for admission pro hac vice are true and correct.

_____

Samuel H. Israel
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, Pennsylvania  19103-3291
(215) 299-2825

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, INC. <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO R. GONZALES, <br> in his official capacity as <br> Attorney General of the United States, and <br><br> UNITED STATES DEPARTMENT OF <br> JUSTICE <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20530, <br><br> KAREN P. TANDY, in her official <br> capacity as Administrator of the <br> United States Drug Enforcement <br> Administration, and <br><br> UNITED STATES DRUG <br> ENFORCEMENT ADMINISTRATION <br> 2401 Jefferson Davis Highway <br> Alexandria, VA 22301 <br><br> Defendants. | CIVIL ACTION NO. 1:06-CV-00966-CKK |

**ORDER**

Upon consideration of the motion to allow Samuel H. Israel Egan to appear pro hac vice as co-counsel for the plaintiff, and it appearing that the motion should be granted, it is hereby

ORDERED, that Samuel H. Israel be, and he hereby is, admitted to appear in this action pro hac vice.

Dated: _____, 2006    _____

UNITED STATES DISTRICT JUDGE

Copies to: