UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br>in his official capacity as<br>Attorney General of the United States, and<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530,<br><br>KAREN P. TANDY, in her official<br>capacity as Administrator of the<br>United States Drug Enforcement<br>Administration, and<br><br>UNITED STATES DRUG<br>ENFORCEMENT ADMINISTRATION<br>2401 Jefferson Davis Highway<br>Alexandria, VA 22301<br><br>Defendants. | CIVIL ACTION NO. 1:06-CV-00966-CKK |

### DECLARATION OF SAMUEL ISRAEL

I, Samuel Israel, Esquire, hereby verify that I have reviewed the Local Rules of Court for the District Court of the District of Columbia, have familiarized myself with them and will adhere to them.

Date: 6/16/06

_____
SAMUEL ISRAEL