UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, INC. <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO R. GONZALES, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, and KAREN P. TANDY, Administrator of the United States Drug Enforcement Administration <br><br> Defendant. | Civil Action No. <br> 1:06CV00966 |

**NOTICE OF INTENT TO FILE OPPOSITION**

Defendants, by and through undersigned counsel, hereby give notice of their intent to file an opposition to Plaintiff's Amended Motion Regarding Its Motion to Seal by close of business Monday, June 12, 2006. Plaintiff's Amended Motion was filed the same day that this Court ordered Defendants to respond to Plaintiff's earlier-filed motion seeking to seal all filings in this action in their entirety. *See* Order of June 6, 2006. Plaintiff's Amended Motion filed this afternoon, however, supercedes that earlier-filed motion and requests substantially different relief.

Defendants oppose Plaintiff's amended motion as overbroad and not sufficiently tailored to protect only its legitimate interest in its confidential business information. *See Washington Post v. Robinson*, 935 F.2d 282, 288 (D.C. Cir. 1991) ("The presumption of openness may be

overcome *only* by an overriding interest based on findings that closure is essential to preserve higher values and is tailored to serve that interest." (emphasis added)). In the interest of prompt resolution of this issue, Defendants will file their opposition by close of business Monday, June 12, 2006. Undersigned counsel conferred with Plaintiff's counsel prior to filing this Notice, and Plaintiff does not oppose this schedule.

Dated: June 9, 2006    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director, Federal Programs Branch

/s/
JACQUELINE E. COLEMAN (D.C. Bar No. 459548)
JUDRY L. SUBAR (D.C. Bar No. 347518)
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm 7214
Washington, DC 20530
202-514-3418

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I caused a copy of the foregoing Notice of Intent to File Opposition to be filed through the United States District Court for the District of Columbia's ECF system.

/s/
Jacqueline Coleman
