UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, and KAREN P. TANDY, Administrator of the United States Drug Enforcement Administration<br><br>      Defendant. | Civil Action No.<br>1:06CV00966 |

## NOTICE OF FILING

Defendants Attorney General Alberto Gonzales, the United States Department of Justice, and Administrator of the United States Drug Enforcement Administration Karen P. Tandy, by and through undersigned counsel, hereby give notice of the filing with the Court of the certified administrative record in the above-captioned case. Attached hereto as Exhibit A is the index to the administrative record.

Dated: June 13, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG

Assistant Director, Federal Programs Branch

                /s/
JACQUELINE E. COLEMAN (D.C. Bar No. 459548)
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm 7214
Washington, DC 20530
202-514-3418

**Counsel for Defendants**

2

EXHIBIT A
Index to Administrative Record

1. DEA Proposed Rule, "Schedules of Controlled Substances: Rescheduling of Synthetic Dronabinol (Marinol$^R$; (-)-D$^9$-(trans)-Tetrahydrocannabinol in Sesame oil and Encapsulated in Soft Gelatin Capsules) from Schedule II to Schedule III," 63 FR 59751 (Nov. 5, 1998) [A.R. 1 - A.R. 7]

2. DEA Final Rule, "Rescheduling of the Food and Drug Administration-Approved Product Containing Synthetic Dronabinol [(-)-D$^9$-(trans)-Tetrahydrocannabinol] in Sesame Oil and Encapsulated in Soft Gelatin Capsules from Schedule II to Schedule III," 64 FR 35928 (July 2, 1999). [A.R. 8 - A.R. 15]

3. 21 C.F.R. Part 1301 [A.R. 16 - A.R. 45]

4. 21 C.F.R. Part 1308 [A.R. 46 - A.R. 65]

5. 21 C.F.R. Part 1312 [A.R. 66 - A.R. 78]

6. July 21, 2003, letter from Frank Sapienza, then Chief, Drug & Chemical Evaluation Section (ODE) in DEA Headquarters, to unrelated firm re: its "plans to market a generic dronabinol product in the United States" [name of firm redacted] [A.R. 79 - A.R. 80]

7. November 21, 2003, letter from Mr. Sapienza to second unrelated firm regarding firm's "plans to develop a generic dronabinol product." [name of firm redacted] [A.R. 81]

8. June 9, 2004, letter from Dr. Christine Sannerud, Chief, ODE, to third unrelated firm regarding firm's plans "to market a generic form of Marinol™" [name of firm redacted] [A.R. 82 - A.R. 83]

9. Form DEA-225a, Renewal Application for DEA Registration under Controlled Substances Act of 1970, dated January 9, 2005, submitted by Plaintiff to DEA's Philadelphia Field Division offices [A.R. 84 - A.R. 85]

10. April 12, 2005, letter from ████████████████████████████████████████ to DEA Diversion Investigator (D/I) Scott Dubeil [sic: Doubet], Philadelphia, transmitting information requested to complete renewal of registration, with attached additional drug codes, including 7369 and 7370 [A.R. 86 - A.R. 87]

11. April 18, 2005, letter from ████████████ to DEA D/I Doubet, asking DEA to ignore previously submitted new drug codes, including 7369 and 7370, as having been submitted in error [A.R. 88]

12. Agenda submitted by Plaintiff to DEA for July 6, 2005, meeting with DEA Philadelphia Diversion Program Manager Ann Carter and her staff [A.R. 89]

13. Form DEA-6, Report of Investigation, prepared July 6, 2005, by D/I John Robertson, DEA Philadelphia "Meeting with Management DEA #RL0172623" [specific recommended security measures and indexing section redacted] [A.R. 90 - A.R. 91]

14. Form DEA-225, Application for Registration, submitted by Plaintiff, with attachment 5, "Import Registration Information" [remaining attachments, providing information about key employees, security, etc., redacted] [A.R. 92 - A.R. 96]

15. Letter, dated September 30, 2005, from ▮▮▮▮▮▮▮▮ [A.R. 97 - A.R. 98]

16. December 1, 2005, letter from Dr. Sannerud to fourth unrelated firm regarding's firm's plans to develop "a generic form of Marinol." [name of firm redacted] [A.R. 99]

17. Form DEA-6, Report of Investigation, prepared December 20, 2005, by DEA Diversion Investigator (D/I) Michelle McGregor, "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" [without attachments] [specific security precautions and indexing section listing the names, social security numbers, and internal DEA identifiers about key employees redacted] [A.R. 100 - A.R. 105]

18. Form DEA-6 prepared December 21, 2005, by D/I McGregor, "▮▮▮▮▮▮▮▮▮▮, DEA #RL0318522, Request for Additional Drug Code (MROO)" [indexing section redacted] [A.R. 106 - A.R. 107]

19. Form DEA-589, Registration Record Modification, dated July 20, 2005, transmitting DEA-225 completed by Plaintiff to DEA Philadelphia Field Division for handling, with notation showing approval by field office on December 27, 2005. [A.R. 108 - A.R. 109]

20. Form DEA-357, Application for Permit to Import Controlled Substances for Domestic and/or Scientific Purposes, dated February 28, 2006, submitted by Plaintiff to DEA, seeking to import 7 grams of delta-9-THC base in the form of dronabinol capsules in sesame oil for "internal analytical method development and validation" [name and address of foreign exporter redacted] [A.R. 110]

21. Form DEA-35, Permit to Import, Permit No. 4624, issued by DEA March 22, 2006, authorizing Plaintiff to import 7 grams of delta-9-THC base [name and address of foreign exporter redacted] [A.R. 111]

22. Form DEA-357, Application for Permit to Import Controlled Substances for Domestic and/or Scientific Purposes, dated April 18, 2006, submitted by Plaintiff to DEA, seeking to import 3,062.5 grams of delta-9-THC base in the form of dronabinol capsules in sesame oil for "biostudy/submission batches for ANDA approval" [name and address of foreign exporter redacted] [A.R. 112]

23. May 9, 2006, letter from , Plaintiff, to Brian Bayly, Esq., DEA. [A.R. 113]

24. May 10, 2006, letter from ███████ to Mr. Bayly. [A.R. 114]

25. June 12, 2006, letter from Joseph Rannazzisi to ███████ [A.R. 115 - A.R. 116]

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2006, I caused a copy of the foregoing Notice of Filing to be filed through the United States District Court for the District of Columbia's ECF system and certify that a hardcopy of the administrative record was sent by overnight courier to

Terence J. Lynam, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

/s/
Jacqueline Coleman