# United States Court of Appeals
## For The District of Columbia Circuit

**No. 06-1270**  **September Term, 2005**

**Filed On: August 21, 2006** [987326]

John Doe, Inc.,
      Petitioner

v.

Drug Enforcement Administration,
      Respondent

---

06-5201                                                06cv00966

John Doe, Inc.,
      Appellant

v.

Alberto Gonzales, in his official capacity as Attorney
General of the United States, et al.,
      Appellees

**BEFORE:** Henderson, Griffith, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for preliminary mandatory injunctive relief or, in the alternative, a stay of agency action, the response thereto, and the reply; the motion for summary denial, the response thereto, and the reply; and the motion to consolidate and the response thereto, it is

**ORDERED** that the motion to consolidate be granted. It is

**FURTHER ORDERED** that the motion for preliminary injunctive relief or stay be denied. Petitioner has not demonstrated the irreparable injury or likelihood of success on the merits requisite for the injunctive relief sought. See Virginia Petroleum Jobbers Association v. FPC, 259 F.2d 921 (D.C. Cir. 1958). It is

**FURTHER ORDERED** that the motion for summary denial be denied. See D.C. Circuit Handbook of Practice and Internal Procedures 36 (2006) ("Parties should avoid

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-1270**            **September Term, 2005**

requesting summary disposition of issues of first impression for the Court.").

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

By:
MaryAnne McMain, Deputy Clerk