# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-1270**                                                    **September Term, 2006**

JOHN DOE, INC.,
       PETITIONER

v.

DRUG ENFORCEMENT ADMINISTRATION,
       RESPONDENT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  APR 2 7 2007

CLERK

---

Consolidated with 06-5201

---

On Petition for Review and Notice of Appeal of an Order of the
United States Drug Enforcement Agency

---

Before: GINSBURG, *Chief Judge*, and BROWN and KAVANAUGH, *Circuit Judges*.

### JUDGMENT

These causes came on to be heard on the petition for review and notice of appeal of an order of the United States Drug Enforcement Agency and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the district court is affirmed and the petition for review is denied, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 6/18/07
BY: [signature], Deputy Clerk
ATTACHED: __ Amending Order
          __ Opinion
          __ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: [signature]
Michael C. McGrail
Deputy Clerk

Date: April 27, 2007

Opinion for the court filed by Circuit Judge Brown.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk